# TAMARA W. WHETSEL

May 11, 2022

To Whom It May Concern:

I am honored to write this reference letter for my older brother, Michael Timbrook.  He is one of the most intelligent, unselfish, kind-hearted, hardworking individuals I know.  He has very high morals and his character is above reproach.  While there have been times in his life that he was in the wrong place at the wrong time, he would never set out to cause trouble or harm to anyone.

Michael is also a devoted father, husband and Christian.  He has remained strong in his faith over the years and stands up for what he believes in.  Michael is also very loyal.  There were many times growing up that he covered for me and took the blame so I wouldn't get in trouble.  He did the same for his friends on many occasions.  When he says he's got your back, he means it.

If you need additional information, please don't hesitate to contact me.

Sincerely,

*Tamara Whetsel*