

May 12, 2022

To Whom It May Concern:

It is my honor to write a reference of character for Mike Timbrook.

I have known Mike and his family for a few years as they came to be members at Sovereign Grace Baptist Church in 2020. Mike serves the church by volunteer work on construction projects, leading prayer in Sunday worship, and other projects as needed.

Mike is a trusted friend. He and I talk often and I have served as his religious counsel since the events in Washington D.C. on January 6, 2021. I watched Mike grow in humility during this period. He and I speak honestly with one another and he knows my position about those events.

His love for his family is unquestionable. I witness Mike's sacrifice for his family when he must travel for work, providing for their every need. But most importantly, I see Mike's humility. He does not demand his own way. He does not demand that others conform to his way of thinking or doing.

Overall, Mike is a trusted member of the congregation. He speaks only encouraging words to his fellow congregates and to me. He is a man seeking to serve God and his LORD, Jesus Christ, well.

In conclusion, I trust Mike Timbrook as a friend. He is a man who is growing in his understanding of God's will.

Please contact me directly if I can assist further.


In HIS Grip:

*[signature]*

Bryant K. Owens, Ph.D.
Pastor

2523 Highway 111 N
Cookeville, Tennessee 38506

sovereigngracebaptist.org